

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2016

No. 04-16-00471-CV

**IN RE** William B. **SIMS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

On July 28, 2016, Relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* Tex. R. App. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than August 12, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. The Temporary Orders in Suit Affecting the Parent-Child Relationship issued by the trial court on July 26, 2016 are stayed pending final resolution of the petition filed in this court.

It is so **ORDERED** on July 28, 2016.

PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016-CI-10677, styled *In the interest of K.S.S., a Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.